# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D18-5237

———————————————

T.J.R.,

    Appellant,

v.

K.P. and S.P.,

    Appellees.

———————————————

On appeal from the Circuit Court for Duval County.
Hugh Carithers, Judge.

August 2, 2019

PER CURIAM.

    AFFIRMED.

MAKAR, WINOKUR, and JAY, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Brian P. North of Kenny Leigh & Associates, Fort Walton Beach, for Appellant.

Robert H. Wood of Law Offices of Robert H. Wood, P.A., and Molly Lewis Sasso of Kinney & Sasso, PL, Jacksonville, for Appellees.